**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTINE HICKEN, ANTHONY CIVITANO and ALFONZO FARFAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE QUAKER OATS COMPANY, and DOES 1 through 50,<br><br>Defendants. | CASE NO. 1:22-cv-06043<br><br>Honorable Edmond E. Chang<br><br>Honorable Magistrate Heather K. McShain<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs Christine Hicken, Anthony Civitano and Alfonzo Farfan ("Plaintiffs"), hereby provide notice and inform the Court that a confidential resolution of this action has been reached.

Pursuant to the settlement, the terms of the settlement should be fully effectuated by May 30, 2025, and upon effectuation, Plaintiffs shall file for voluntary dismissal with prejudice by no later than June 10, 2025. In the event settlement has not been fully effectuated by May 30, 2025, the Parties will provide a status update to the Court on or before June 10, 2025. As such, the Parties respectfully request that the Court vacate all future dates and deadlines.

DATED: April 7, 2025

**CUSTODIO & DUBEY, LLP**

By: /s/ Robert Abiri

Robert Abiri
E-mail: abiri@cd-lawyers.com
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Facsimile: (213) 785-2899

*Attorney for Plaintiffs and the Putative Classes*